# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

147371 & (32)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ANTONIO RAMON STAPLETON,
          Plaintiff-Appellant,

v

MARQUETTE BRANCH PRISON WARDEN,
          Defendant-Appellee.

SC: 147371
COA: 312503
Marquette CC: 12-050485-AH

_____/

On order of the Court, the motion to amend is GRANTED. The application for leave to appeal the May 31, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



p1021

Clerk